```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 04448
   RAMON L DELGADO
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5210
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 02/27/2008 and was confirmed 05/21/2008.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

The case was dismissed after confirmation 09/17/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| TRIAD FINANCIAL CORP | SECURED VEHIC | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | .00 | .00 | .00 |
| SONJA ROMAN DELGADO | NOTICE ONLY | NOT FILED | .00 | .00 |
| SONJA ROMAN DELGADO | NOTICE ONLY | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LENDING | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| US DEPARTMENT OF HOUSING | CURRENT MORTG | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 316.03 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 8578.92 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 1781.21 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | NOTICE ONLY | NOT FILED | .00 | .00 |
| MCGRATH & VELAZQUEZ | DEBTOR ATTY | 2,074.00 | | 1,288.00 |
| TOM VAUGHN | TRUSTEE | | | 112.00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 1,400.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,288.00 |
| TRUSTEE COMPENSATION | | 112.00 |
| DEBTOR REFUND | | .00 |
| TOTALS | 1,400.00 | 1,400.00 |

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 04448 RAMON L DELGADO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE